# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEBTOR NAME: Keith William Patton | § | Bankr. No. 18-71292 |
| | § | |
| Debtor(s). | § | Chapter 13 |

## OBJECTION TO CLAIM

NOW COMES DEBTOR(S), by and through undersigned counsel, and respectfully object(s) to the classification of claim #8 filed by CVI SGP-CO Acquisition Trust C/O Resurgent Capital Services totaling $574.02 and listing as secured in the amount of $574.02, for the following reason(s):

1. Debtor proposes to surrender remaining interest in collateral (Jewelry, PMSI) to Creditor per his Chapter 13 Plan dated November 1, 2018.

WHEREFORE, debtor prays this Honorable Court disallow claim #8 filed by CVI SGP-CO Acquisition Trust C/O Resurgent Capital Services and allow the creditor 60 days from the date of the Order to file an unsecured deficiency claim.

DATED: November 12, 2018

/s/ Robert D. Reese
Robert D. Reese
15 Southlake Lane, Ste 140
Birmingham, AL 35244
(205) 802-2200

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing electronically on the C. David Cottingham at dcottingham@ch13tuscaloosa.com and the following persons or parties via U.S. Mail, first-class postage pre-paid this November 12, 2018.

CVI SGP-CO Acquisition Trust
C/O Resurgent Capital Services, LP
PO Box 10675
Greenville, SC 29603-0675

/s/ Robert D. Reese
Attorney for Debtor